# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

STEPHEN A. ELEY,                                    Civil No. 10-CV-4380(JNE/TNL)

        Plaintiff,

v.

**ORDER**

DEPARTMENT OF VETERANS AFFAIRS,
V.A. INSPECTOR GENERAL AND U.S.
OFFICE OF SPECIAL COUNSEL,

        Defendants.

---

Stephen A. Eley, 2320 Colfax Avenue South, Minneapolis, MN 55405 - PRO SE.

Mary J. Madigan, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 for Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 27, 2012 (Docket No.18), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Docket No. 10) is **GRANTED** and Plaintiff's Complaint (Docket No. 1) is **DISMISSED**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: 3-20-2012                                        s/ Joan N. Ericksen
                                                                The Honorable Joan N. Ericksen
                                                                United States District Court Judge
                                                                for the District of Minnesota